**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| JESSICA BAZE,<br><br>      Plaintiff,<br><br>  v.<br><br>EQUIFAX, LLC,<br><br>      Defendant. | Case No. 1:25-cv-03308<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX, LLC** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated and agreed by and between Plaintiff, Jessica Baze, and Defendant Equifax, LLC, ("EQUIFAX") that the above-titled action is hereby dismissed with prejudice against Defendant Equifax. Each party will bear their own costs and attorney's fees.

Dated: 10/24/2025

EQUIFAX, INC.

Respectfully submitted,

LAW OFFICES OF
MARK A. CAREY, P.C.

By: */s/ Carley Thompson*
    Carley Thompson
    Equifax, Inc.
    1550 Peachtree
    Atlanta, GA 30309
    E: carley.thompson@equifax.com
    P: (404) 326-2679

  *Attorney for Defendant,*
*Equifax Inc., named as Equifax, LLC*

By: */s/ Mark A. Carey*
    Mark A. Carey
    Law Offices of Mark A. Carey, P.C.
    500 Roswell Rd., Ste. Bldg C
    Sandy Springs, GA 30342
    E: markcareylaw@ymail.com
    P: (716) 853-9243

  *Attorney for Plaintiff,*
*Jessica Baze*

## **CERTIFICATE OF SERVICE**

I hereby certify that on 10/24/2025, I served Plaintiff's Notice of Dismissal using the CM/ECF system, which will provide an auto generated notice to all counsel of record.

By:     */s/ Mark A. Carey*
Mark A. Carey
Law Offices of Mark A. Carey, P.C.
500 Roswell Rd.,Ste Bldg C
Sandy Springs, GA 30342
E: markcareylaw@ymail.com
P: (716) 853-9243
*Attorney for Plaintiff,*
*Jessica Baze*